UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRES GARCIA VEGA,

Petitioner,

v.                                                          CAUSE NO. 3:26-CV-677-CCB-SJF

BRIAN ENGLISH, et al.,

Respondents.

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if he was not provided with an individualized bond hearing on or before June 15, 2026. (ECF 10.) The respondents notified the court that the petitioner had a bond hearing on June 12, 2026. (ECF 14.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on June 18, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT